IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Charles Christopher Pope, | ) | Civil Action No.: 5:11-762-RBH-KDW |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Michael J. Astrue, Commissioner of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

On March 29, 2011, Plaintiff, appearing through counsel, filed this action appealing his denial of Social Security benefits. Defendant filed an answer and copy of the administrative record on December 6, 2011. [Entry #13, #14.] Plaintiff's brief in support of his appeal was due by January 9, 2011. *See* Local Rule 83.VII.04 (D.S.C.); *see also* Entry #13. To date, Plaintiff has not filed his brief. Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue his appeal, he is ordered to file a brief in support of his appeal no later than February 6, 2012. Plaintiff is advised that if he fails to comply with this deadline, this undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

January 12, 2012
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge